JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

IRVIN WILFREDO AUDON MARTINEZ,
Petitioner,
v.
JOSHUA JOHNSON, et al.,
Respondents.

Case No. 5:26-cv-04814-SP

**JUDGMENT**

Pursuant to the Memorandum Opinion and Order Denying Petition filed contemporaneously with the filing of this Judgment,

IT IS HEREBY ADJUDGED that the Petition is denied without prejudice.

Dated: October 22, 2026

SHERI PYM
United States Magistrate Judge